ISABEL HOLT vs. MOSES H. ROBERTS.
SAME vs. THOMAS HARRISON.

Middlesex.    March 9, 1900. — March 12, 1900.

Present: HOLMES, C. J., KNOWLTON, MORTON, & LATHROP, JJ.

*Petition to vacate Judgment — Matter apparent on Record — Appeal.*

A petition under St. 1895, c. 234, to vacate a judgment of the Superior Court is
properly denied, and the judgment must be affirmed, if there is nothing on the
record which this court can consider under the appeal.

HOLMES, C. J.    These are two petitions under St. 1895, c.
234, to vacate judgments of the Superior Court in replevin for a
return and damages, rendered upon nonsuits.   The petitions were
denied on hearing in the Superior Court, and the petitioner ap-
pealed.    Nothing appears on the record beyond these bare facts.
The petitions allege, to be sure, that the damages recovered are
the value of the chattels ordered to be returned, and that thus
she is charged twice for the same things.    We are asked to look
at a document which purports to be the charge to the jury who
assessed the damages, and which, it is said, supports the allega-
tion.    But the document is no part of the record and cannot be
considered by us.    Moreover, it appears by the certificate of the
justice who denied the petitions that the charge was before him
at the hearing.    We cannot know what explanations or further
facts were proved, and of course cannot say that his decision not
to retry the cases must have been wrong.    *Cobb* v. *Hale*, 172
Mass. 387.

*Petitions denied and judgments affirmed.*

*P. H. Hutchinson*, for the petitioner.
*J. H. Colby & E. A. Bayley*, for the respondents.